IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOTTIE ANDERSON                                                                PLAINTIFF

v.                            No. 4:24-cv-846-DPM

JONNIE JONES, in her individual
capacity                                                                       DEFENDANT

## JUDGMENT

Anderson's complaint is dismissed with prejudice. The Court retains jurisdiction until 3 February 2026 to enforce the parties' settlement.

*D.P. Marshall Jr.*
United States District Judge

3 December 2025